NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BURDELL VAUGHN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI,**
**SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7102

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-1014, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Burdell Vaughn moves to correct a citation used in the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. A copy of this order and Vaughn's motion shall be transmitted to the merits panel assigned to decide this case.

FOR THE COURT

**AUG 1 0 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly

Clerk

cc: Burdell Vaughn
Cameron Cohick, Esq.

s17

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 1 0 2010**

**JAN HORBALY**
**CLERK**